[No. 9894–6–II. Division Two. September 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY DOUGLAS STOVALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01479–2, Nile E. Aubrey, J., entered April 3, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 9888–1–II. Division Two. September 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY DOUGLAS STOVALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01577–2, Nile E. Aubrey, J., entered April 3, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10213–7–II. Division Two. September 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY LEE DULANEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00418–1, Thomas L. Lodge, J., entered July 30, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10184–0–II. Division Two. September 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES DOUGLAS LELO, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–1–00384–9, Robert J. Doran, J., entered July 10, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.